IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VIOLET GOODWIN, | ) | 8:10CV40 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| REGGIE JOHNSON, (Omaha | ) | |
| Housing Authority), | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. The court has thoroughly examined the record in this matter, including the Complaint filed on January 29, 2010. (Filing No. 1.) The court finds that this matter and Case No. 8:09CV205 "involve some or all of the same issues of fact or arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii). Case No. 8:09CV205 was assigned to United States District Judge Joseph F. Bataillon.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to reassign this matter from United States District Judge Richard G. Kopf to United States District Judge Joseph F. Bataillon.

2. This matter remains assigned to the pro se docket.

Dated this 29th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge